**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WMS GAMING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1245 |
| | § | SEALED |
| VIP SLOT DISTRIBUTORS, INC. and | § | |
| ALTAF K. MAKANOJIYA, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

This court previously granted the plaintiff's Ex Parte Application for Order Directing the Impoundment of Unauthorized Copies and Seizure of Counterfeit Goods. (Docket Entry No. 22). That order authorizes David Wilson of D6 Consulting (the "Forensic Expert") to assist the Impounding Officer and Technical Expert in the examination of gaming machines, computer drives, compact flash memory cards, and other equipment and electronic memory devices found at the Impoundment Premises to locate pirated WMS software and other infringing copies of WMS's Copyrighted Works and the records relating to the defendants' copyright and counterfeiting violations, and identify the computer programs and hardware that the defendants have used to make unauthorized copies of WMS's Copyrighted Works. Because David Wilson is unavailable to participate in the impoundment until after April 30, the court authorizes William Odom, also of D6 Consulting, to serve as a substitute Forensic Expert in the place of David Wilson.

SIGNED on April 30, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge